Christopher D. Banys, Esq.
Jennifer L. Gilbert, Esq.
**BAYNS, P.C.**
1032 Elwell Court, Suite 100
Palo Alto, CA  94303
Tel:    (650) 308-5805
Fax:    (650) 353-2202
Email:  cdb@banyspc.com
        jlg@banyspc.com
**Attorneys for Plaintiff**
**PHOENIX DIGITAL SOLUTIONS, LLC**

Charles T. Hoge (110696)
  choge@knlh.com
**KIRBY NOONAN LANCE & HOGE LLP**
350 Tenth Avenue, Suite 1300
San Diego, California  92101-8700
Telephone: (619) 231-8666
Facsimile: (619) 231-9593
**Attorneys for Plaintiff**
**PATRIOT SCIENTIFIC CORPORATION**

William L. Bretschneider, Esq.
**SILICON VALLEY LAW GROUP**
50 W. San Fernando Street, Suite 750
San Jose, CA  95113
Tel:    (408) 573-5700
Fax:    (408) 573-5701
Email: wlb@svlg.com
**Attorneys for Plaintiff**
**TECHNOLOGY PROPERTIES LIMITED, LLC**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED, LLC, PHOENIX DIGITAL SOLUTIONS LLC, and PATRIOT SCIENTIFIC CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>NOVATEL WIRELESS, INC.,<br><br>Defendant. | Case No. 3:12-cv-03879-VC<br><br>**STIPULATION AND ORDER OF DISMISSAL**<br><br>Judge:   Hon. Vince Chhabria<br>             Mag. Judge Paul S. Grewal |

# STIPULATION AND ORDER OF DISMISSAL

In accordance with an agreement between the parties, Plaintiffs and Defendant Novatel Wireless, Inc. herein, having settled all claims and counterclaims in this action; and the Court being otherwise fully advised;

IT IS ORDERED that all pending motions are hereby deemed withdrawn by the parties and this matter is DISMISSED with prejudice and without costs to any party.  This order resolves the pending claims between and among the parties and closes the case.  However, this order does not resolve any other pending related Case Nos. 3:12-cv-03863-VC [*Technology Properties Limited, LLC, et al. v. Barnes & Noble, et al.*], 3:12-cv-03870-VC [*Technology Properties Limited, LLC, et al. v. Garmin, et al.*], 3:12-cv-03865-VC [*Technology Properties Limited, LLC, et al. v. Huawei, et al.*], 3:12-cv-03880-VC [*Technology Properties Limited, LLC, et al. v. LG, et al.*], 3:12-cv-03881-VC [*Technology Properties Limited, LLC, et al. v. Nintendo, et al.*], 3:12-cv-03877-VC [*Technology Properties Limited, LLC, et al. v. Samsung, et al.*], 3:12-cv-03876-VC [*Technology Properties Limited, LLC, et al. v. ZTE, et al.*]

DATED: July 1, 2015                    BAYNS, P.C.

By:   /s/ Christopher D. Banys
      Christopher D. Banys, Esq.
      Jennifer L. Gilbert, Esq.
      Attorneys for Plaintiff
      PHOENIX DIGITAL SOLUTIONS, LLC

DATED: July 1, 2015                    KIRBY NOONAN LANCE & HOGE LLP

By:   /s/ Charles T. Hoge
      Charles T. Hoge
      Attorneys for Plaintiff
      PATRIOT SCIENTIFIC CORPORATION

Kirby Noonan Lance & Hoge LLP

1   DATED: July 1, 2015               SILICON VALLEY LAW GROUP

2

3

4                                      By: /s/ William L. Bretschneider
                                           William L. Bretschneider, Esq.
5                                          Attorneys for Plaintiff
                                           TECHNOLOGY PROPERTIES LIMITED,
6                                          LLC

7

8   DATED: June 23, 2015              PAUL HASTINGS LLP

9

10

11                                     By: /s/ Christopher W. Kennerly
                                           Christopher W. Kennerly
12                                         Elizabeth L. Brann
                                           Attorneys for Defendant
13                                         NOVATEL WIRELESS, INC.

14

15  PURSUANT TO STIPULATION, IT IS SO ORDERED.

16

17  DATED: July 14, 2015

*IT IS SO ORDERED*
*Judge Vince Chhabria*
(Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA)

*Kirby Noonan Lance & Hoge LLP*